**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re ) | |
| ) | **Civil Action No. 23 C 14138** |
| **Raj K. Patel** ) | |

### EXECUTIVE COMMITTEE ORDER

Mr. Patel filed his original emergency petition for a writ of mandamus on July 24, 2023. (*See Patel v. The United States*, Case No. 23 C 4808, R. 1) The Court dismissed that petition without prejudice because it was frivolous and failed to state a claim. (*See* R. 7) Following that dismissal, Mr. Patel filed three amended emergency petitions for a writ of mandamus. (*See* R. 8, 9, 10) The Court dismissed these petitions without prejudice because they were frivolous and failed to state a claim. (*See* R.11)

Mr. Patel then filed a motion for reconsideration. (*See* R. 13) The Court denied that motion for failure to establish any manifest error of law or fact. (*See* R. 18) Following that dismissal, Mr. Patel filed four additional emergency motions to reconsider, all of which were denied. (*See* R. 20, 24)

Mr. Patel has filed numerous similar lawsuits in federal courts around the country, which have likewise been dismissed as frivolous and for failure to state a claim.[1]

At its meeting on September 14, 2023, the Executive Committee considered Orders entered on July 27, 2023 and July 28, 2023. (*See* R. 18, 20)

After review of these Orders, it is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Mr. Patel's ability to file new civil cases in this District pro se. Cases in existence prior to the entry of this order are not affected by the order and shall proceed as usual.

IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE in its capacity as the supervisor of the assignment of cases, that ------

1. Mr. Raj K. Patel, or anyone, other than an attorney, acting on his behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures:

    a. Any materials Mr. Patel, or anyone, other than an attorney, acting on his behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

    b. Where the document submitted is a complaint, it shall be accompanied by a motion captioned a Motion Seeking Leave to File Pursuant to Order of Executive

---

[1] *See, e.g., Patel v. United States*, No. 21-CV-6553, 2021 WL 4267498, at *1 (S.D.N.Y. Sept. 20, 2021) (citing 17 cases filed by Patel and dismissed on the stated grounds); *see also Patel v. Patel*, 834 F. App'x 244 (7th Cir. Jan. 21, 2021) (Mem) (upholding dismissal for failure to state a claim and warning Plaintiff against filing frivolous appeals). Additionally, Mr. Patel is subject to a filing bar in the United States District Court for the Southern District of Indiana. *Patel v. Univ. of Notre Dame du Lac*, No. 22-2251, 2023 WL 2387220, at *1 (7th Cir. Mar. 7, 2023).

      Committee. That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Mr. Patel in the complaint are new claims never before raised in any federal court.

    c. Whenever Mr. Patel submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, and forward them to the Executive Committee.

2. The Executive Committee will examine any complaints submitted by or on behalf of Mr. Patel to determine whether they should be filed.

3. If Mr. Patel seeks leave to proceed in forma pauperis, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated, unless he demonstrates to the Committee in writing that he is in imminent danger of great bodily harm. The Committee may deny leave to file any complaints not filed in conformity with this order.

4. If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title "In Re: Raj K. Patel" and cause a copy of the order to be mailed to Mr. Patel.

5. If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Mr. Patel.

6. Mr. Patel's failure to comply with this order may, within the discretion of the Executive Committee, result in her being held in contempt of court and punished accordingly.

7. Nothing in this order shall be construed -----

    a. to affect Mr. Patel's ability to defend himself in any criminal action,

    b. to deny Mr. Patel access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

    c. to deny Mr. Patel access to the United States Court of Appeals or the United States Supreme Court.

IT IS FURTHER ORDERED That any password issued to Mr. Patel for access to the electronic filing system shall be disabled.

IT IS FURTHER ORDERED That any new complaints filed by Mr. Patel and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed.

IT IS FURTHER ORDERED That the Clerk shall cause to be created and maintained a miscellaneous docket with the title "In Re: Raj K. Patel" and case number 23 CV 14138. The miscellaneous docket shall serve as the repository of this order and any order or minute order entered pursuant to this order. All orders will be entered on that docket following standard docketing procedures.

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be sent via electronic correspondence to Raj K. Patel at rajp2010@gmail.com, the email address provided in his filings with this Court, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 27th day of September 2023